UNITED STATES, Appellee

v

DANIEL G. SPELLMAN, Private, U. S. Marine Corps, Appellant

11 USCMA 505, 29 CMR 321

No. 14,007

Decided May 27, 1960

*Lieutenant Colonel R. G. Coyne,* USMC, was on the brief for Appellant, Accused.

*Captain Warren C. Kiracofe,* USN, was on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The sentence is set aside and the record of trial is returned to The Judge Advocate General for submission to the board of review for reconsideration.

United States v Green, 11 USCMA 478, 29 CMR 294.

Judge FERGUSON concurs.

Judge LATIMER dissents.